**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JONTI-CRAFT, INC.,

Plaintiff,

CV 01-2353 RHK/JMM

vs.

**ORDER**

ABC SCHOOL SUPPLY, INC.,

Defendant.

---

This action having been filed three months or more, and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: June 18, 2002

**RICHARD H. KYLE**, Judgc
United States District Court

JUN 1 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK