# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: 01-2353 RHK/AJB
Jonti-Craft, Inc. vs. ABC School Supply

NOTE NEW CASE NUMBER

**IN RE: Notice for Reassignment of Civil Case**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **Magistrate Judge Arthur J. Boylan** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Kathy Thobe at 651-848-1210.**

**DATED: June 21, 2002**

**Richard D. Sletten, Clerk**

**FILED 6/21/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D_____**
**DEPUTY CLERK _______**