IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JONTI-CRAFT, INC,

Plaintiff,

v.

ABC SCHOOL SUPPLY, INC.,

Defendant.

Case No. 01-CV-2353 RHK/JMM

**~~[PROPOSED]~~ ORDER**

Upon stipulated motion of the parties, and for good cause having been shown, it is hereby ordered that Plaintiff's motion for a sixty (60) day extension of time for Defendant to file its Answer to Plaintiff's First Amended Complaint is granted. Accordingly, Defendant's Answer to Plaintiff's First Amended Complaint is due on or before September 3, 2002.

Dated: July 22, 2002

Magistrate Judge Arthur J. Boylan
United States District Court

780885.1

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK