IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JONTI-CRAFT, INC,

Plaintiff,

v.

ABC SCHOOL SUPPLY, INC.,

Defendant.

Case No. 01-CV-2353 RHK/JMM

~~[PROPOSED]~~ **ORDER**

Upon stipulated motion of the parties, and for good cause having been shown, it is hereby ordered that Plaintiff's Motion for an additional forty-five (45) day extension of time for Defendant to file its Response to Plaintiff's First Amended Complaint is granted. Accordingly, Defendant's Response to Plaintiff's First Amended Complaint is due on or before October 18, 2002.

Dated: 9/3/02

United States District Court
U.S. Magistrate Judge

791410.1

SEP 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK