IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

JONTI-CRAFT, INC,

Plaintiff,

v.

ABC SCHOOL SUPPLY, INC.,

Defendant.

---

Case No. 01-CV-2353 RHK/AJB

**[~~PROPOSED~~] ORDER**

Upon stipulated motion of the parties, and for good cause having been shown, it is hereby ordered that Plaintiff's Motion for an additional thirty (30) day extension of time for Defendant to file its Response to Plaintiff's First Amended Complaint is granted. Accordingly, Defendant's Response to Plaintiff's First Amended Complaint is due on or before December 18, 2002. No more Extentions Will be granted.

Dated: 11/18/02

United States District Court
Magistrate Judge

809821.1

NOV 18 2002

FILED ____ RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

JONTI-CRAFT, INC,

Plaintiff,

v.

ABC SCHOOL SUPPLY, INC.,

Defendant.

Case No. 01-CV-2353 RHK/AJB

**STIPULATED MOTION FOR A FOURTH EXTENSION OF TIME FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

COMES NOW, the Plaintiff, Jonti-Craft Inc., by and through its attorneys, and hereby moves for an additional thirty (30) day extension of time for Defendant, ABC School Supply, Inc. to file its response to Plaintiff's First Amended Complaint.

In support of this motion Plaintiff states as follows:

1. Plaintiff has filed three previous stipulated motions for extensions of time for Defendant to file its response to Plaintiff's First Amended Complaint.

2. The most recent extension granted by the Court extended the time for Defendants to file a Response until November 18, 2002.

3. The parties have reached an agreement in principal to settle all issues involved in this action.

4. Settlement documents identifying proposed terms of settlement have been prepared and forwarded to Defendant's counsel for review and approval along with a proposed stipulated dismissal. It is believed this matter will be resolved within the next few weeks,

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

thereby obviating the need for Defendant to file a Response to Plaintiff's First Amended Complaint.

5. Counsel for the Defendant has requested that Plaintiff file this motion to request a further extension of time to file its Response.

6. Accordingly, the Plaintiff respectfully moves this Court for an additional thirty (30) day extension of time for Defendant to file its Response, whereby Defendant's Response to Plaintiff's First Amended Complaint will not be due until on or before December 18, 2002.

Dated: November 15, 2002

Genevieve Beck

Jon S. Swierzewski (108017)
Genevieve A. Beck (278208)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
Telephone (952) 835-3800
Facsimile (952) 896-3333

Attorneys for Plaintiff Jonti-Craft, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via fist class mail, postage prepaid to:

Louis T. Isaf, Esq.
D. Scott Sudderth, Esq.
WOMBLE, CARLYLE, SANDRIDGE & RICE
One Atlantic Center
1201 West Peachtree Street, Suite 3500
Atlanta, Georgia 30309

Dated this 15 day of November, 2002

Neela Aryal

NEELA ARYAL
NOTARY PUBLIC – MINNESOTA
My Comm. Exp. Jan. 31, 2005